```
CLERK'S OFFICE U.S. DIST. COURT
        AT ROANOKE, VA
             FILED
        MAR 1 2 2007
    JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**SAMUEL STEWART,**
    Petitioner,

v.

**UNITED STATES OF AMERICA,**
    Respondent.

Civil Action No. 7:07-cv-00110

**FINAL ORDER**

By: Hon. James C. Turk
Senior United States District Judge

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the above referenced "Motion for Modification of Terms and conditions of Supervised Release, pursuant to 18 U.S.C. § 3582," is hereby **CONSTRUED and DISMISSED** as a successive motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, and the case is hereby stricken from the active docket.

ENTER: This 12th day of March, 2007.

/s/ James C. Turk
Senior United States District Judge