```
                                                    CLERK'S OFFICE U.S. DIST. COURT
                                                         AT ROANOKE, VA
                                                              FILED
        IN THE UNITED STATES DISTRICT COURT              MAR 1 2 2007
        FOR THE WESTERN DISTRICT OF VIRGINIA
               ROANOKE DIVISION               BY: JOHN F. CORCORAN, CLERK
                                                         DEPUTY CLERK
```

**SAMUEL STEWART,**
    Petitioner,

                                            Civil Action No. 7:07-cv-00110

v.                                        **FINAL ORDER**

**UNITED STATES OF AMERICA,**        By: Hon. James C. Turk
    Respondent.                           Senior United States District Judge

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the above referenced "Motion for Modification of Terms and conditions of Supervised Release, pursuant to 18 U.S.C. § 3582," is hereby **CONSTRUED and DISMISSED** as a successive motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, and the case is hereby stricken from the active docket.

ENTER: This 12th day of March, 2007.

                                                        /s/ James C. Turk
                                                        Senior United States District Judge